IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

CASE NO:

**LINDA ECKMAN,**

       **Plaintiff,**

vs.

**TRACY WEATHERFORD, JAMES WEATHERFORD & GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,**

       **Defendant.**

_____/

**FIRST AMENDED COMPLAINT**

Plaintiff, **LINDA ECKMAN**, sues Defendants, **TRACY WEATHERFORD, JAMES WEATHERFORD & GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** and allege(s):

1. This is an action for damages that exceed Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs and attorneys' fees.

2. At all times material to this action, Plaintiff was a natural person residing in Lee County, Florida.

3. At all times material to this action, Defendants, **TRACY WEATHERFORD AND JAMES WEATHERFORD**, were natural persons residing in Lee County, Florida.

4. At all times material to this action, Defendant, **PROGRESSIVE EXPRESS INSURNACE COMPANY**, was a corporation authorized to do business and doing business in Lee County, Florida.

1

5. On or about October 26, 2021, Plaintiff was operating a motor vehicle travelling north on Tamiami Trail in Lee County, Florida.

6. At that time and place, Defendant, **TRACY WEATHERFORD**, operated a motor vehicle owned by Defendant, **JAMES WEATHERFORD**, travelling north on Tamiami Trail in Lee County, Florida.

7. Defendant, **TRACY WEATHERFORD**, was operating and driving the motor vehicle with the permission and consent of its owner, defendant, **JAMES WEATHERFORD**.

## COUNT I

## <u>CLAIM OF LINDA ECKMAN AGAINST JAMES WEATHERFORD</u>

Plaintiff re-alleges and incorporates by reference paragraphs 1-7, and further states:

8. Defendant, JAMES WEATHERFORD, is vicariously liable for the negligence of Defendant, TRACY WEATHERFORD, pursuant to the Florida Dangerous Instrumentality Doctrine.

9. As a direct and proximate result of Defendant's negligence, Plaintiff suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged.

## COUNT II

## <u>CLAIM OF LINDA ECKMAN AGAINST TRACY WEATHERFORD</u>

2

Plaintiff realleges and incorporates by reference paragraphs 1-8, and further states:

10. At that time and place, Defendants, negligently operated and/or maintained the motor vehicle so that it collided with Plaintiff's motor vehicle.

11. As a direct and proximate result of Defendant's negligence, Plaintiff suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged.

### COUNT III

### CLAIM OF LINDA ECKMAN AGAINST GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY

12. On or about October 26, 2021, Defendant, **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, issued and delivered to Plaintiff a policy of insurance numbered 027762393R71030 which was in full force and effect on the date of the accident.

13. Under the terms of the insurance policy, Defendant, **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, provided stacked uninsured/underinsured motorist coverage for Plaintiff in the amount of $200,000.00.

14. Defendant, **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, has in its custody and control a copy of the insurance policy and, therefore, it is not attached to the Complaint.

15.     At all times material to this action, Defendant, **TRACY WEATHERFORD AND JAMES WEATHERFORD**, was an underinsured/uninsured motorist in that he/she carried liability insurance coverage with limits less than Plaintiff's total damages as a result of the accident.

16.     Plaintiff has furnished Defendant, **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, has denied that coverage exists and/or refused to pay Plaintiff for the full value of the claim.

17.     Plaintiff is therefore also entitled to reasonable attorney's fees pursuant to Fla. Stat. §627.727 and §627.428.

**WHEREFORE**, Plaintiff, **LINDA ECKMAN**, demands judgment for damages against Defendants, **TRACY WEATHERFORD, JAMES WEATHERFORD AND GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 10 day of March, 2023.

/s/James Moon
James Moon, Esquire
Florida Bar #: 184713
Morgan & Morgan Fort Myers PLLC
12800 University Drive   Suite 600
Ft Myers, FL 33907
Tele: (239) 433-6880
Fax: (239) 433-6836
Primary email: jmoon@forthepeople.com
Secondary email:
angeliaharrison@forthepeople.com
julianarodriguez@forthepeople.com
Attorney for Plaintiff

4